United States Courts
Southern District of Texas
ENTERED

APR 0 6 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARILYN LEWIS, § | | |
| Plaintiff, § | | |
| § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-03-5095 | |
| § | | |
| ALLSTATE INSURANCE CO., and Any § | | |
| of its Affiliates & Subsidiaries§ | | |
| ROSS CARNES, Individually and as§ | | |
| Employee of Allstate Insurance § | | |
| Co., VICTORIA GUTIERREZ, § | | |
| Individually and as an Employee § | | |
| of Allstate Insurance Co.,BRYAN § | | |
| HANSON, Individually and as an § | | |
| Employee of Allstate Insurance § | | |
| Company, and ED MORGAN § | | |
| Individually and as an Employee § | | |
| of Allstate Insurance Company § | | |
| Defendant. § | | |

## ORDER OF DISMISSAL OF ONE DEFENDANT

By Order entered January 4, 2005, Plaintiff was permitted sixty (60) days to achieve service on Defendant Hanson, and if unsuccessful, to file such further and properly supported motion as may be appropriate.

Plaintiff has failed to respond to the Order, and has shown no reason that this case should not be dismissed as to Defendant Hanson for want of prosecution. Accordingly, it is

ORDERED that this case is DISMISSED as to Defendant Hanson ONLY without prejudice for want of prosecution.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas, on April 5, 2005.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE