```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION
```

| | | |
|---|---|---|
| MARILYN LEWIS, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ALLSTATE INSURANCE CO., | § | |
| ALLSTATE INDEMNITY CO. and | § | |
| any and all affiliates | § | |
| and its subsidiaries, | § | |
| ROSS CARNES, individually | § | |
| and as an employee of | § | CIVIL ACTION NO. H-03-5095 |
| Allstate Insurance Co., | § | |
| VICKY GUTIERREZ, individually | § | |
| and as an employee of | § | |
| Allstate Insurance Co., | § | |
| BRYAN HANSON, individually | § | |
| and as an employee of | § | |
| Allstate Insurance Co., | § | |
| and ED MORAN, individually | § | |
| and as an employee of | § | |
| Allstate Insurance Co., | § | |
| | § | |
|     Defendants. | § | |

**<u>FINAL JUDGMENT</u>**

    For the reasons set forth in the separate Memorandum and Order signed this day, and the Order entered on April 6, 2005, it is

    ORDERED and ADJUDGED that Plaintiff Marilyn Lewis's claims against Ross Carnes and Victoria Gutierrez are DISMISSED; Plaintiff shall take nothing against Defendants Allstate Insurance Co., Allstate Indemnity Co. and any and all affiliates and its subsidiaries, and Ed Moran, and Plaintiff's claims against those parties are DISMISSED on the merits; and Plaintiff's claims against

Bryan Hanson are DISMISSED without prejudice for want of prosecution.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas, on this 20th day of July, 2005.

                                        EWING WERLEIN, JR.
                                    UNITED STATES DISTRICT JUDGE